UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARKET DEVELOPMENT SPECIALISTS, INC., D/B/A/ WINTERGREEN SYSTEMS, and JOHN LEVY, <br><br> Defendants. | Case No. 11-cv-10485-NMG |

REPORT AND RECOMMENDATION ON
THE DEFENDANTS' MOTIONS TO VACATE AND
CAP HOLDINGS, INC.'S MOTION TO INTERVENE

September 21, 2012

SOROKIN, C.M.J.

The defendants Market Development Specialists, Inc. d/b/a Wintergreen Systems ("Wintergreen") and John Levy ("Levy"), as well as proposed intervenor Cap Holdings, Inc. d/b/a Recovery Management International ("RMI" and, collectively, "the movants"), have moved to vacate the Court's June 10, 2011 default judgment in this action (docket nos. 17, 19, 26). RMI has also moved to intervene (docket no. 20). The plaintiff, New England Technology, Inc. ("NETI"), has opposed each of these motions. For the reasons that follow, I respectfully RECOMMEND that the Court DENY the three motions to vacate, as well as RMI's motion to intervene.

I. Background

Levy is the president of Wintergreen, an Indiana corporation that is a wholesaler of electronic goods. Doc. No. 1 at ¶ 12; Doc. No. 27-9, at 12-13. An Indiana state court ordered

*After consideration of defendants' objections (Docket No. 39) thereto, Report and Recommendation accepted and adopted.*

*NMGorton, USDJ 11/27/12*